CINCINNATI & LITTLE ROCK SLATE Co. vs. BRIDGE ET AL.

*Error to Pulaski Circuit Court.*

Mr. Justice HANLY: The facts and points in this case are identical with those in *Bender vs. Bridge et al.*, just decided. The opinion in that case is referred to as decisive of this.